IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SALIM FORD, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| | : | NO. 12-1278 |
| | : | |
| SUPERINTENDENT, | : | |
| SCI-FRACKVILLE, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 19th day of September 2013, upon consideration of Petitioner's objections and a *de novo* review of the Judge Rueter's Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Petitioner's Objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Petitioner's request for an evidentiary hearing is denied; and

4. The Clerk is directed to mark this case **CLOSED**.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.